# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SIGNAL 88, LLC,**<br><br>    Plaintiff/Counter Defendant,<br><br>vs.<br><br>**JONATHAN PIERRO, an individual;**<br>**RONALD MANNING, an individual; and**<br>**ROYALTY 92, a California corporation;**<br><br>    Defendants/Counter Claimants. | **8:23CV497**<br><br>**AMENDED**<br>**CASE PROGRESSION ORDER** |

      This matter comes before the Court on the parties' Joint Motion to Extend Deadlines and Continue Status Conference (Filing No. 40). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that the Joint Motion to Extend Deadlines and Continue Status Conference (Filing No. 40) is granted, and the case progression order is amended as follows:

1) The deadline for completing written discovery under Rules 33, 34, 36, and 45 of the Federal Rules of Civil Procedure is **December 16, 2024**. Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **December 30, 2024**.

    **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The status conference set for September 25, 2024, is cancelled. A status conference to discuss case progression and the parties' interest in settlement will be held with the undersigned magistrate judge on **December 18, 2024,** at **10:00 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

3) The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

    | | |
    |---|---|
    | For the plaintiff/counter defendant: | **January 31, 2025** |
    | For the defendants/counter claimants: | **February 28, 2025** |
    | Plaintiff/counter defendant's rebuttal: | **March 27, 2025** |
    | Defendants/counter claimants' rebuttal: | **April 30, 2025** |

4) The planning conference set for March 5, 2025, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings will be held with the undersigned magistrate judge on **May 28, 2025**, at **11:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

5) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is **June 2, 2025**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **five (5)**.

6) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **June 30, 2025**.

7) The deadline for filing motions to dismiss and motions for summary judgment is **July 15, 2025**.

8) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

9) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 11th day of September, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge