IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SIGNAL 88, LLC,<br><br>                Plaintiff,<br><br>vs.<br><br>JONATHAN PIERRO, an individual;<br>RONALD MANNING, an individual; and<br>ROYALTY 92, a California corporation;<br><br>                Defendants. | **8:23CV497**<br><br>**ORDER** |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 47) is granted and Robert W. Futhey is deemed withdrawn as counsel of record for Defendants in this case. The Clerk of Court shall terminate electronic notice to Robert W. Futhey in this case.

Dated this 27th day of February, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge