# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SIGNAL 88, LLC, | |
| Plaintiff/Counter Defendant, | 8:23CV497 |
| vs. | |
| JONATHAN PIERRO, an individual; RONALD MANNING, an individual; and ROYALTY 92, a California corporation; | ORDER ON MOTION TO WITHDRAW |
| Defendants/Counter Claimants. | |

This matter is before the Court on the Motion to Withdraw (Filing No. 53) filed by Justin W. Pritchett of the law firm Chandler Conway PC LLO, counsel for the defendants/counter-claimants, Royalty 92, Jonathan Pierro, and Ronald Manning. According to the motion, "the attorney-client relationship has deteriorated to the extent that continued representation is no longer feasible, effective, or in the best interests of the clients," and the defendants have terminated Mr. Pritchett's representation and are seeking new counsel. After review,

**IT IS ORDERED:**

1. The Motion to Withdraw (Filing No. 53) filed by Justin W. Pritchett of the law firm Chandler Conway PC LLO is granted.

2. Withdrawing counsel shall immediately serve a copy of this Order upon the defendants, and thereafter file proof of service showing compliance with this Order, listing the names and addresses of the persons to whom notice was sent. Withdrawing counsel will not be relieved of applicable duties to the Court, his clients, and opposing counsel until such proof of service is filed.

3. The Clerk of Court shall terminate electronic notice to Justin W. Pritchett upon filing of the Certificate of Service required by Paragraph 2.

4. Corporate entities cannot litigate in this forum without representation by licensed counsel. See *Knoefler v. United Bank of Bismarck*, 20 F.3d 347, 347-48 (8th Cir. 1994).

Therefore, on or before **June 16, 2025**, the corporate defendants shall obtain the services of new counsel and have that attorney file an appearance on their behalf. If substitute counsel does not enter an appearance by that date, the Court may file an entry and/or judgment of default against the corporate defendants.

Dated this 19th day of May, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge