IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **SIGNAL 88, LLC,**<br><br>       **Plaintiff/Counter Defendant,**<br><br>  vs.<br><br>**JONATHAN PIERRO, an individual;**<br>**RONALD MANNING, an individual; and**<br>**ROYALTY 92, a California corporation;**<br><br>       **Defendants/Counter Claimants.** | **8:23CV497**<br><br>**FIFTH AMENDED**<br>**CASE PROGRESSION ORDER** |

      This matter comes before the Court on the Joint Motion to Amend Progression Order (Filing No. 75). After review of the parties' motion, the Court finds good cause to grant the requested extensions. Accordingly,

      **IT IS ORDERED** that the Joint Motion to Amend Progression Order (Filing No. 75) is granted, and the fourth amended case progression order is amended as follows:

1) Motions to compel written discovery under Rules 33, 34, 36, and 45 must be filed by **December 19, 2025**.

   **Note:** A motion to compel, to quash, or for a disputed protective order shall not be filed without first contacting the chambers of the undersigned magistrate judge on or before the motion to compel deadline to set a conference to discuss the parties' dispute, and after being granted leave to do so by the Court.

2) The deadlines for completing expert disclosures for all experts expected to testify at trial, (both retained experts, (Fed. R. Civ. P. 26(a)(2)(B)), and non-retained experts, (Fed. R. Civ. P. 26(a)(2)(C)), are:

   | | |
   |---|---|
   | For plaintiff/counter defendant: | **January 15, 2026** |
   | For defendants/counter claimants: | **February 27, 2026** |
   | Plaintiff/counter defendant's rebuttal: | **March 30, 2026** |
   | Defendants/counter claimants' rebuttal: | **May 6, 2026** |

3) The planning conference set for March 4, 2026, is cancelled. The trial and pretrial conference will not be set at this time. A planning conference to discuss case progression, dispositive motions, the parties' interest in settlement, and the trial and pretrial conference settings remains scheduled with the undersigned magistrate judge on **May 27, 2026**, at **9:30 a.m.** by telephone. Counsel shall use the conferencing instructions assigned to this case to participate in the conference.

4) The deposition deadline, including but not limited to depositions for oral testimony only under Rule 45, is extended to **May 29, 2026**. The maximum number of depositions that may be taken by the plaintiffs as a group and the defendants as a group is **five (5)**.

5) The deadline for filing motions to exclude testimony on *Daubert* and related grounds is **June 26, 2026**.

6) The deadline for filing motions to dismiss and motions for summary judgment remains **July 10, 2026**.

7) The parties shall comply with all other stipulations and agreements recited in their Rule 26(f) planning report that are not inconsistent with this order.

8) All requests for changes of deadlines or settings established herein shall be directed to the undersigned magistrate judge. Such requests will not be considered absent a showing of due diligence in the timely progression of this case and the recent development of circumstances, unanticipated prior to the filing of the motion, which require that additional time be allowed.

Dated this 14th day of November, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge